2005 NOV -4 P 3: 24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABDULLAH & SONS RELATORS,<br><br>    Plaintiff,<br><br>vs.<br><br>SIG ROGITCH & ROGITCH COMM.etal,<br><br>    Defendant. | Case No. CV-S-05-1282-RLH (GWF)<br><br>**<u>FINDINGS AND RECOMMENDATIONS</u>** |

       This matter is before the Court on Plaintiff's Complaint (#1) filed on October 24, 2005. In filing a complaint in federal court, parties are required to either pay the filing fee ($250 in the District of Nevada), or in substitution, file an Application to Proceed *in Forma Pauperis*.

       Furthermore, pursuant to the Prison Litigation Reform Act of 1995 (PLRA), federal courts must dismiss the claim of a plaintiff proceeding *in forma pauperis*, if the action "is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e). Rule 12(b)(6) of the Federal Rules of Civil Procedure provides for dismissal of a complaint for failure to state a claim upon which relief can be granted. Review under Rule 12(b)(6) is essentially a ruling on a question of law. *North Star Intern. v. Arizona Corp. Comm'n*, 720 F.2d 578, 580 (9th Cir. 1983). In considering whether the Plaintiff has stated a claim upon which relief can be granted, all material allegations in the Complaint are accepted as true and are to be construed in the light most favorable to the Plaintiff. *Russell v. Landrieu*, 621 F.2d 1037, 1039 (9th Cir. 1980). Allegations of a pro se

complainant are held to less stringent standards than formal pleadings drafted by lawyers. *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (per curiam).

In this matter Plaintiff has failed to pay the $250 filing fee, or in substitution, failed to file an Application to Proceed *in Forma Pauperis*. Furthermore, the Plaintiff is requesting a frivolous judgment of 100 billion dollars for a matter in which the Complaint does not even contain enough information to determine if there are any claims upon which relief can be granted. Accordingly,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED** without prejudice to the filing of a new complaint in a new action in compliance with the requirements for filing a civil action.

DATED this ____ day of November, 2005.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE