# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ABDULLAH & SONS RELATORS, | ) | |
| Plaintiff(s), | ) | 2:05-cv-01282-RLH-GWF |
| vs. | ) | **O R D E R** |
| SIG ROGITCH & ROGITCH COMM. *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge George W. Foley (#2, filed November 4, 2005, regarding Plaintiff's Complaint (#1, filed October 24, 2005. No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be affirmed.

. . . .

. . . .

. . . .

. . . .

1

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and
2 Recommendations (#2) is AFFIRMED, and this matter is dismissed without prejudice to file a
3 sufficient complaint.

4    Dated:   December 20, 2005.

_____
**ROGER L. HUNT**
**U.S. District Judge**